✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:23 am, Aug 08 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___AR___ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ATI HOLDINGS, LLC; ATHLETIC & THERAPEUTIC INSTITUTE OF NAPERVILLE, LLC; ATI PHYSCIAL THERAPY, INC.; and RAY WAHL,<br><br>*Petitioners*,<br><br>v.<br><br>GILMAN & BEDIGIAN, LLC, and RAFAEL LAW, LLC,<br><br>*Respondents*. | Misc. Case No. 25-cv-2621-SAG<br><br>Underlying Action:<br><br>*Morsberger, et al. v. ATI Holdings, LLC, et al.*, No. 1:22-cv-01181 (N.D. Ill.) |

## PETITIONERS' MOTION TO COMPEL DEPOSITION TESTIMONY OF GILMAN & BEDIGIAN, LLC, AND RAFAEL LAW, LLC

ATI Holdings, LLC; Athletic & Therapeutic Institute of Naperville, LLC; and ATI Physical Therapy, Inc. (together, "ATI") and Ray Wahl (together with ATI, "Petitioners") respectfully moves the Court to compel Gilman & Bedigian, LLC, and Rafael Law, LLC (together, "Respondents" or "Law Firms") to produce, as Rule 30(b)(6) representatives, Lauren Geisser and Elan Rafael for depositions concerning the topics identified in Petitioners' subpoenas.

This Motion is based upon the accompanying Memorandum, the Declaration of Timothy R. Farrell, and any further evidence and arguments the Court chooses to consider. Petitioners have filed contemporaneously a Local Rule 104.7 Certificate, which states that counsel for Petitioners has made a reasonable effort to meet and confer with counsel for the Law Firms regarding the matters set forth in this Motion to resolve the dispute without court intervention. The motion is opposed.

Dated: August 5, 2025                             Respectfully submitted,

*/s/ Chong S. Park*

Chong Park (D. Md. Bar # 17372)
Chong.Park@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 508-4600

Timothy R. Farrell
Timothy.Farrell@ropesgray.com
ROPES & GRAY LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 845-1209

*Attorney for Petitioners*

## CERTIFICATE OF SERVICE

I, Timothy R. Farrell, hereby certify that, on August 5, 2025, the foregoing document was served via mail on the parties below pursuant to Fed. R. Civ. P. 5(b)(2)(C), as well as via email.

| | |
|---|---|
| Lauren M. Geisser<br>lgeisser@gblegalteam.com<br>Gilman & Bedigian, LLC<br>1954 Greenspring Drive, Suite 250<br>Timonium, MD 21093<br>Telephone: (410) 560-4999 | Elan B. Rafael<br>elan@rafaellaw.com<br>Rafael Law, LLC<br>3604 Eastern Avenue, Suite 100<br>Baltimore, MD 21224<br>Telephone: (410) 204-5411 |

Respectfully submitted,

/s/ Timothy R. Farrell

Timothy R. Farrell
Timothy.Farrell@ropesgray.com
ROPES & GRAY LLP
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: (312) 845-1209

*Attorney for Petitioners*